KTC:MLM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                   O R D E R

JORGE CASTELLANO,               99 CR 580 (S-2)(ARR)

              Defendant.
- - - - - - - - - - - - - - - - X

      Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Marshall L. Miller, it is hereby

      ORDERED that the transcript of the guilty plea proceedings in the above-captioned case be unsealed for the limited purposes of providing a copy to the government, and for disclosure by the government in accordance with 18 U.S.C. § 3500 as necessary;

      IT IS FURTHER ORDERED that after providing a copy to the government, the transcript of the guilty plea proceedings in the above-captioned case be resealed.

Dated:    Brooklyn, New York
          July 11, 2006

                                        Allyne R. Ross
                                  HONORABLE ALLYNE R. ROSS
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------- X

UNITED STATES OF AMERICA

    - against -

JORGE CASTELLANO,

             Defendant.
---------------- X

AFFIRMATION

99 CR 580 (S-2)(ARR)

    Assistant United States Attorney Marshall L. Miller, an Assistant United States Attorney for the United States Attorney's Office, Eastern District of New York, hereby affirms under the penalties of perjury that the following is true:

    1. This affirmation is submitted in support of the motion by the United States Attorney's Office to unseal the transcript of the guilty plea proceedings in the above-captioned case.

    2. On or about February 3, 2000, the defendant Jorge Castellano pled guilty to the above-captioned information. At that time, the Court placed the transcript of the guilty plea proceedings under seal.

    3. The defendant Jorge Castellano is expected to testify in an upcoming case, should that case proceed to trial. To satisfy its obligations under 18 U.S.C. § 3500 at such a trial, the government would need to provide defense counsel with a transcript of the defendant's guilty plea proceedings.

    4. Consequently, the government hereby requests that this Court unseal the transcript of the guilty plea proceedings

in the above-captioned case for the limited purposes of providing a copy to the government, and for disclosure in accordance with 18 U.S.C. § 3500, as necessary.

5. The United States Attorney's Office also requests that this Court then order that the transcript be resealed, for the reasons set forth in the original sealing application.

Dated: July 11, 2006
      Brooklyn, New York

                                      ROSLYNN R. MAUSKOPF
                                      United States Attorney

By: _____
       Marshall L. Miller
       Assistant U.S. Attorney
       (718) 254-6421